**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6152

RALPH E. PERRY,

Plaintiff - Appellant,

versus

J. L. GOWAN, Medical Director; CARLO MURPHY,
G.R.C.C. Medical Director; GREENSVILLE
CORRECTIONAL CENTER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District
Judge. (3:05-cv-00543-REP)

Submitted: March 23, 2006              Decided: March 31, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ralph E. Perry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ralph E. Perry seeks to appeal the district court's order adopting the recommendation of the magistrate judge and dismissing Perry's 42 U.S.C. § 1983 (2000) complaint and amended complaint for failure to state a claim upon which relief can be granted. See 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Perry v. Gowan, No. 3:05-cv-00543-REP (E.D. Va. Jan. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED